IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DEBRA GREEN, | § | |
| Plaintiff, | § § § | |
| v. | § § | CIVIL ACTION NO. 3:21-CV-2512-C |
| DELTA AIRLINES, INC., | § § § | |
| Defendant. | § § | |

### AGREED ORDER OF DISMISSAL WITH PREJUDICE

For the reasons set forth in the Parties' Agreed Motion to Dismiss With Prejudice, it is ORDERED, ADJUDGED, AND DECREED that the above-captioned action and all claims brought by Plaintiff therein against Defendant are dismissed with prejudice.

It is further ORDERED, ADJUDGED, AND DECREED that each party shall bear her/its own expenses and costs of court, including attorneys' fees.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that all relief which was sought or which could have been sought herein, not expressly granted herein is denied.

This Order constitutes a final judgment and disposes of all parties and all claims.

SO ORDERED this 9th day of January, 2023.

_____
SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE